IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:05cr37-SPM/AK

KEN STEVENSON WILCOX,

         Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

        Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, KEN STEVENSON WILCOX, to

Counts One, Two, and Three of the indictment is hereby **ACCEPTED**.  All parties

shall appear before this Court for sentencing as directed.

        DONE AND ORDERED this 15th day of November, 2005.


              _s/ Stephan P. Mickle_____
              Stephan P. Mickle
              United States District Judge