IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 1:05cr37-SPM/AK

KEN STEVENSON WILCOX,

     Defendant.

_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Unopposed Motion to Continue

Sentencing (doc. 27) is granted.  Sentencing is reset for May 1, 2006 at 1:30

p.m.

SO ORDERED this 2nd day of February, 2006.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge