IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.:   1:05cr37-SPM/AK

KEN STEVENSON WILCOX,

     Defendant.
_____/

**ORDER CONTINUING SENTENCING**

     This cause comes before the Court on the Court's own motion.  Defendant Ken Stevenson Wilcox is scheduled to be sentenced on case number 1:06cr4 on June 5, 2006 at 1:30 p.m.  To allow for a single sentencing hearing for this case and case number 1:06cr4, it is

     ORDERED AND ADJUDGED that the sentencing hearing in this case is reset for June 5, 2006 at 1:30 p.m.

     DONE AND ORDERED this 12th day of April, 2006.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge