IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NOS.: 1:05cr37-SPM/AK
  1:06cr4-SPM/AK

KEN STEVENSON WILCOX,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing (doc. 31), it is

ORDERED AND ADJUDGED:

1. The motion (doc. 31) is granted.

2. The consolidated sentencing hearing for case numbers 1:05cr37 and 1:06cr4 is reset for June 12, 2006 at 10:00 a.m.

DONE AND ORDERED this 26th day of May, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge